Honorable Ronald B. Leighton

1

2

3

4

5

6

7

8

9

10

11

12              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
13                     AT SEATTLE

14

MARLA TOLLIVER, Individually and    )
15  as Personal Repreentative of the      )
ESTATE OF RONALD SCROGGINS,     )
16                                       )
                                      )   NO.    C10-5056-RBL
17              Plaintiffs,              )
                                      )   STIPULATION AND ORDER
18        v.                             )   EXTENDING INITIAL DEADLINES; AND
                                      )   JOINT NOTICE OF FILING STIPULATION
19                                       )   TO CONSOLIDATE WITH CASE NO.
THE UNITED STATES OF AMERICA )   10-CV-5060-RJB
20  BUREAU OF INDIAN AFFAIRS, and   )
DEPARTMENT OF THE INTERIOR    )
21                                       )   (Please note Stipulation on Motion Calendar
           Defendants.            )   for April 19, 2010)
22  _____)

23                          **STIPULATION**

24        Without waiver of any claim or defense any party may assert in this action, pursuant to

25  Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(d)(1), Plaintiffs Marla Tolliver and Larry

26  Scroggins and Defendant, the United States of America, (collectively, "the parties"), by and

27  through their undersigned counsel, hereby file this Stipulation and Proposed Order requesting

28

STIPULATION EXTENDING INITIAL DEADLINES AND
JOINT NOTICE OF STIPULATION TO CONSOLIDATE - 1
(C10-5056-RBL)

1  that the Court modify the deadlines for the parties' initial conference, initial disclosures, and

2  joint status report (collectively, the "initial deadlines").

3       On February 8, 2010 (Dkt. 8), this Court entered an Amended Minute Order setting the

4  following initial deadlines:

5       -Deadline for Fed. R. Civ. P. 26(f) Conference:  04/26/2010;

6       -Deadline for Initial Disclosures:  05/01/2010;

7       -Deadline for Joint Status Report:  05/10/2010.

8       Pursuant to a Stipulated Motion described in more detail below, the parties seek to

9  consolidate this matter with a related case currently pending in this district also before the

10 Honorable Ronald B. Leighton, *viz.*, *Francis et al. v. United States*, No. C10-cv-5060-RBL

11 ("*Francis*").

12      Therefore, the parties, by and through their respective counsel of record, hereby

13 STIPULATE, AGREE, and JOINTLY REQUEST that the Court enter an order extending the

14 initial deadlines to those previously set in *Francis,* as follows:

15      -Deadline for Fed. R. Civ. P. 26(f) Conference:  05/11/2010;

16      -Deadline for Initial Disclosures Pursuant to FRCP 26(a)(1): 05/25/2010;

17      -Deadline for Joint Status Report:: 06/01/2010.

18 *See Francis*, Dkt. 3.

19                                   **JOINT NOTICE**

20      The parties respectfully file this Notice to inform the Court that the parties have filed a

21 Stipulated Motion to Consolidate this matter with and in *Francis*.  *See Francis*, Dkt. 12.  The

22 Stipulated Motion to Consolidate is noted for consideration on April 16, 2010, and asks the

23 Court to consolidate this action with *Francis* to promote judicial efficiency and conserve

24 resources.

25 //

26 //

27 //

28

STIPULATION EXTENDING INITIAL DEADLINES AND
JOINT NOTICE OF STIPULATION TO CONSOLIDATE - 2
(C10-5056-RBL)

1    So stipulated, jointly noted, and respectfully submitted this 19th day of April, 2010.

2

3        DATED: April 19, 2010.                      DATED: April 19, 2010.

4        /s/ Karen L. Unger                          JENNY A. DURKAN
         KAREN L. UNGER, P.S.                        United States Attorney
5        Attorney at Law
         332 E. 5th, Suite 100                       /s/ J. Michael Diaz
6        Port Angeles, WA 98362                      J. MICHAEL DIAZ, WSBA No. 38100
         Phone: (360) 452-7688                       PRISCILLA CHAN, WSBA No. 91005
7        Fax: (360) 457-0581                         Assistant United States Attorneys
         Email: karenunger@juno.com                  U.S. Attorney's Office for the
8                                                    Western District of Washington
         Attorney for Plaintiff Marla Tollivar       700 Stewart Street, Suite 5220
9                                                    Seattle, Washington 98101
         MARTENS + ASSOCIATES PS                     Telephone: (206) 553-7970
10                                                   Fax: (206) 553-4067
         /s/ Steven A. Stolle                        Email: Michael.Diaz@usdoj.gov
11
         STEVEN A. STOLLE                            Attorneys for the United States of America
12       ROSE K. MCGILLIS
         705 5th Ave S, Suite 150
13       Seattle , WA  98104
         Phone: (206) 709-2999
14       Fax: (206) 709-2722
         Email: sstolle@martenslegal.com
15
         Attorneys for Plaintiff Larry Scroggins
16

17                              **[PROPOSED] ORDER**

18

19           The parties having so stipulated, it is so ORDERED.

20

21           DATED this 20th day of April, 2010.

22

23           RONALD B. LEIGHTON
             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION EXTENDING INITIAL DEADLINES AND
JOINT NOTICE OF STIPULATION TO CONSOLIDATE - 3
(C10-5056-RBL)