Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT AND JONI FRANCIS, as Personal Representatives of the ESTATE OF VANNA K FRANCIS; and ROBERT AND JONI FRANCIS, husband and wife, the marital community therof,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; DEPARTMENT OF INTERIOR; BUREAU OF INDIAN AFFAIRS,<br><br>            Defendants. | No. C10-cv-5060-RBL<br><br>**STIPULATED MOTION AND ORDER TO CONSOLIDATE**<br><br><br>(Please note on Motion Calendar for: April 19, 2010) |

Without waiver of any claim or defense any party may assert in this action, pursuant to Fed. R. Civ. P. 42, Plaintiffs Robert and Joni Francis, in their capacity of personal representatives to the estate of Vanna K. Francis and on behalf of their marital community ("Plaintiffs"), and Defendant, the United States of America (collectively, "the parties"), by and through their undersigned counsel, hereby move the Court for an order consolidating this action with a related case currently pending in this district also before the Honorable Ronald B. Leighton: *Marla Tolliver, Individually and as Personal Representative of the Estate of Ronald Scroggins v. The United States of America, Bureau of Indian Affairs, and the Department of Interior*; WDWA Case No. 10-CV-5056-RBL ("*Tolliver*").[1]

---

[1] The United States is concurrently filing a notice in *Tolliver* to record in that matter this Stipulated Motion to Consolidate.

STIPULATED MOTION TO CONSOLIDATE – 1
(C10-cv-5060-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Plaintiffs in *Tolliver*, Marla Tolliver and Larry Scroggins, through their undersigned attorney, concur in the present Stipulated Motion to Consolidate.

The parties seek to consolidate these cases because they involve common questions of law and fact and the consolidation of these cases will promote judicial efficiency and conservation of resources, without prejudicing any party.

## I.  RELEVANT FACTS

Plaintiffs in this matter and Plaintiffs in *Tolliver* allege that, on or about March 18, 2007, Vanna K. Francis and Ronald Scroggins respectively were passengers in a motor vehicle that went off the Lower Elwha Road and into the Elwha River resulting in their deaths.

Plaintiffs in this matter and Plaintiffs in *Tolliver* bring this matter against the United States under the Federal Tort Claims Act ("FTCA"), and allege that the United States, through its agencies, builds, maintains and/or services the Lower Elwha Road, its road signs and its lighting, which did not adequately or properly warn of the hazardous conditions or the presence of the Elwha River at the end of the Lower Elwha road.

## II.  STIPULATION

Fed. R. Civ. P. 42 allows a district court to consolidate actions that "involve a common question of law or fact." Fed. R. Civ. P. 42(a).  The purpose of consolidation is to enhance efficiency and to avoid the substantial danger of inconsistent adjudications.  *See Bristol-Myers Squibb Co. v. Safety Nat'l Casualty Corp.*, 43 F.Supp.2d 734, 744 (E.D. Tex. 1999).  The Court has "broad discretion under this rule to consolidate cases pending in the same district."  *See Investors Research Company v. United States District Court for the Central District of California*, 877 F.2d 777, 777 (9th Cir. 1989).  The decision to consolidate is premised on a balancing test that weighs the saving of time and effort versus inconvenience, delay and expense.  *See Bristol-Myers*, 43 F.Supp.2d at 744.  However, typically, consolidation is favored.  *See Johnson v. Celotex Corporation*, 899 F.2d 1281, 1284 (2nd Cir. 1990).

The threshold question when Fed. R. Civ. P. 42(a) is invoked is whether common questions of law or fact exist that warrant consolidation of the actions.  *See Enterprise Bank v. Saettele*, 21 F.3d 233, 235 (8th Cir. 1994); *Bank of Montreal v. Eagle Associates*, 117 F.R.D.

STIPULATED MOTION TO CONSOLIDATE – 2
(C10-cv-5060-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  530, 532 (S.D.N.Y. 1987).

2      This action involves questions of law and fact that are closely related to the issues raised in *Tolliver*. Specifically, the cases involve a common party: the United States. *See Seguro de Servicio de Salud v. McAuto Sys.*, 878 F.2d 5, 8 (1st Cir. 1989). Both actions involve common issues of fact: both arise from the same motor vehicle accident. *See Cantrell v. GAF Corp.*, 999 F.2d 1007, 1010-11 (6th Cir. 1993). Both actions involve common issues of law: both are brought against the United States under the FTCA for the same type of alleged negligence. This Court has previously recognized as much, in *Tolliver*, stating, that *Tolliver* "is directly related to C10-5060RBL *Francis v. USA*." *See Tolliver* at Dkt. 7.

    Additionally, Plaintiff Larry Scroggins in *Tolliver* is represented by the same counsel as Plaintiffs in this matter.

    Finally, the parties are unaware of any prejudice that will flow to Plaintiffs here or in *Tolliver* from proceeding in a consolidated action. No party has engaged in a Fed. R. Civ. P. 26(f) conference, exchanged initial disclosures, prepared a Joint Status Report, or engaged in any type of discovery. Thus, none of the lawsuits have progressed to the point where prejudice from delay should be a concern. *See, e.g., Switzenbaum v. Orbital Sciences Corp.*, 187 F.R.D. 246, 248 (E.D. Va. 1999).

    Therefore, the parties, by and through their respective undersigned counsel, hereby STIPULATE, AGREE, and JOINTLY REQUEST that the Court consolidate the two actions. Plaintiffs in *Tolliver*, Marla Tolliver and Larry Scroggins, through their undersigned attorney, concur in the present stipulation.

### III. CONCLUSION

    For the foregoing reasons, the parties' respectfully ask this Court to grant their Stipulated Motion to Consolidate and order this action consolidated with *Marla Tolliver, Individually and as Personal Representative of the Estate of Ronald Scroggins, v. The United States of America, Bureau of Indian Affairs, and the Department of Interior*; WDWA Case No. 10-CV-5056-RBL, under the first-filed case number.

//

STIPULATED MOTION TO CONSOLIDATE – 3
(C10-cv-5060-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1   So stipulated and respectfully submitted this 19th day of April, 2010.

2

3   DATED: April 19, 2010.                    DATED: April 19, 2010.

4   MARTENS + ASSOCIATES PS                  JENNY A. DURKAN
                                             United States Attorney
5   /s/ Steven A. Stolle
    STEVEN A. STOLLE                         /s/ J. Michael Diaz
6   ROSE K. MCGILLIS                         J. MICHAEL DIAZ, WSBA No. 38100
    RICHARD L. MARTENS                       PRISCILLA CHAN, WSBA No. 91005
7   705 5th Ave S, Suite 150                 Assistant United States Attorneys
    Seattle , WA  98104                      U.S. Attorney's Office for the
8   Phone: (206)709-2999                     Western District of Washington
    Fax: (206) 709-2722                      700 Stewart Street, Suite 5220
9   Email:  sstolle@martenslegal.com         Seattle, Washington 98101
                                             Telephone: (206) 553-7970
10  Attorneys for Plaintiffs                 Fax: (206) 553-4067
                                             Email: Michael.Diaz@usdoj.gov
11
                                             Attorneys for the United States of America
12

13
    Concurring herewith:
14
    DATED: April 19, 2010.
15
    /s/ Karen L. Unger
16  KAREN L. UNGER, P.S.
    Attorney at Law
17  332 E. 5th, Suite 100
    Port Angeles, WA 98362
18  Phone: (360) 452-7688
    Fax: (360) 457-0581
19  Email: karenunger@juno.com

20  Attorney for Plaintiff Marla Tollivar in *Tolliver*

21  MARTENS + ASSOCIATES PS

22  /s/ Steven A. Stolle
    STEVEN A. STOLLE
23  ROSE K. MCGILLIS
    705 5th Ave S, Suite 150
24  Seattle , WA  98104
    Phone: (206) 709-2999
25  Fax: (206) 709-2722
    Email: sstolle@martenslegal.com
26
    Attorneys for Plaintiff Larry Scroggins in *Tolliver*
27

28

STIPULATED MOTION TO CONSOLIDATE  – 4
(C10-cv-5060-RBL)

UNITED STATES ATTORNEY
700 STEWART  STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970

**ORDER**

The parties having so stipulated, it is so ORDERED. The Clerk of this Court is hereby ORDERED to consolidate the present matter with *Marla Tolliver*, *Individually and as Personal Representative of the Estate of Ronald Scroggins, v. The United States of America, Bureau of Indian Affairs, and the Department of Interior*; WDWA Case No. 10-CV-5056-RBL, under the first-filed case number.

DATED this 21st day of April, 2010.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONSOLIDATE – 5
(C10-cv-5060-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970