The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARLA TOLLIVER, individually and as Personal Representative of the ESTATE OF RONALD L. SCROGGINS; and LARRY SCROGGINS,

   Plaintiffs,

 vs.

THE UNITED STATES OF AMERICA, BUREAU OF INDIAN AFFAIRS, and DEPARTMENT OF THE INTERIOR; CLALLAM COUNTY, municipal corporation; SELA KALAMA, an individual;
SANDRA A. WELLS, an individual; and DOES and DOES 1-50,

   Defendants.

———————————————————

ROBERT AND JONI FRANCIS, as Personal Representatives of the ESTATE OF VANNA K FRANCIS; and ROBERT AND JONI FRANCIS, husband and wife, the marital community thereof,

   Plaintiffs,

 vs.

NO. 3:10–CV-05056-RBL

ORDER DENYING DEFENDANT UNITED STATES' MOTION FOR CLARIFICATION OF ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

Order Denying Defendant United States' Motion for Clarification of Order Denying Motion to Dismiss Without Prejudice

No. C:10-CV-05056-RBL   Page 1

Martens + Associates | P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

|   |   |
|---|---|
| 1 | THE UNITED STATES OF AMERICA; DEPARTMENT OF INTERIOR; BUREAU OF INDIAN AFFAIRS; CLALLAM COUNTY, municipal corporation; SELA KALAMA, an individual; SANDRA A. WELLS, an individual; and DOES and DOES 1-50, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

THIS MATTER having come on duly and regularly for hearing before the undersigned Judge of the above-entitled Court on Defendant United States' Motion for Clarification of Order Denying Motion to Dismiss Without Prejudice, and the Court having reviewed the motion, plaintiffs' opposition, including the declaration and the attached exhibit, and all reply materials, if any and the records and files herein, and deeming itself fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant United States' Motion for Clarification of Order Denying Motion to Dismiss Without Prejudice is DENIED in its entirety.

DONE IN OPEN COURT/CHAMBERS this 4th day of March, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

**Martens + Associates | P.S.**

By: _s/ Richard L. Martens_
Richard L. Martens, WSBA # 4737
Steven A. Stolle, WSBA # 30807
Rose K. McGillis, WSBA # 34469
Kathleen A. Shea, WSBA # 42634
Of Attorneys for Plaintiffs

Order Denying Defendant United States' Motion for Clarification of Order Denying Motion to Dismiss Without Prejudice

No. C:10-CV-05056-RBL                      Page 2

Martens + Associates | P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

1  Plaintiff Larry Scroggins and
   Plaintiffs Joni and Robert Francis
2  705 Fifth Avenue South, Suite 150
   Seattle, Washington 98104
3  Telephone: (206) 709-2999
   Email: rmartens@martenslegal.com
4  Email: sstolle@martenslegal.com
   Email: rmcgillis@martenslegal.com
5  E-mail: kshea@martenslegal.com

6  **Karen L. Unger P.S.**

7

8  By:   s/ Karen L. Unger
   Karen L. Unger, WSBA #11671
9  Attorney for Plaintiff Marla Tolliver
   332 E 5th Street
10 Port Angeles, Washington 98362-3207
   Telephone: (360) 452 - 7688
11 Email: karenunger@juno.com

12

13

14

15

16

17

18

19

20

21

22

23

24

**Order Denying Defendant United States'
Motion for Clarification of Order
Denying Motion to Dismiss Without
Prejudice**

No. C:10-CV-05056-RBL                    Page 3

Martens + Associates | P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722